IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION NO. 2:15-CV-288-MHT |
| v. | ) [WO] ) ) |
| DIRECTOR OF CENTRAL REVIEW BOARD, *et al.*, | ) ) ) |
| Defendants. | ) |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Carlos Carey ("Carey"), an indigent state inmate incarcerated at the Kilby Correctional Facility, initiated this 42 U.S.C. § 1983 action on April 30, 2015. After reviewing the complaint, the court determined that Carey should file an amended complaint and issued an order containing detailed instructions with respect to filing of the amended complaint. *Order of May 4, 2015 - Doc. No. 4*. In so doing, the court explained that the "claims lodged against the directors listed as defendants are based on the theory of respondeat superior/vicarious liability and, therefore, provide no basis for relief." *Id*. at 1. The court also informed Carey that he could not receive monetary damages with respect to a decision to deny him parole and also that his claims related to actions which occurred at the Limestone Correctional Facility were beyond the venue of this. *Id*. at 2-3. Finally, the court "***advised [Carey] that the amended complaint will supersede the original complaint***" and cautioned Carey that his

failure to comply with the directives of this order would result in a Recommendation that this case be dismissed. *Id*. at 3-4 (emphasis in original). In an effort to aid Carey in filing the necessary amended complaint, the court provided him with a copy of the form used by prisoners to file complaints. *Id*. at 4.

The time allowed Carey to file the amended complaint expired on May 20, 2015. As of the present date, Carey has failed to file the amended complaint as required by this court. In light of Carey's failure to file the necessary amended complaint, the court concludes that this case should be dismissed. *Tanner v. Neal*, 232 F. App'x 924 (11th Cir. 2007) (affirming *sua sponte* dismissal without prejudice of inmate's § 1983 action for failure to file an amended complaint in compliance with court's prior order directing amendment and warning of consequences for failure to comply, noting that inmate was provided with "a standard form [and] a clear description of what [the] complaint should contain." ); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed ***without prejudice*** for failure of the plaintiff to file an amended complaint as directed by the order of this court. It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **June 12, 2015**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.

Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); s*ee Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 29th day of May, 2015.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE