IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY,                    ) | |
|     Plaintiff,            ) | |
|                           ) | CIVIL ACTION NO. |
|   v.                         ) | 2:15cv288-MHT |
|                           ) | (WO) |
| DIRECTOR OF CENTRAL          ) | |
| REVIEW BOARD, et al.,        ) | |
|                           ) | |
|     Defendants.           ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about his conditions of confinement, his denial of parole or a conditional transfer, and actions taken against him by two correctional officers.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2015.

                                          /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**